**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

VINCENT J. ROMEO,

    Plaintiff,

v.

BANK OF AMERICA, N.A., and
TRANSUNION, LLC,

    Defendants.

Case No. 2:18-cv-02353-RFB-NJK

**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Plaintiff Vincent J. Romeo ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On December 11, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 16, 2019. Trans Union requests additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 6, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 14th day of January, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**COGBURN LAW OFFICES**

//S// Erik W. Fox
Erik W. Fox, Nevada Bar No. 8804
Jamie S. Cogburn, Nevada Bar No. 6409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 784-7777
efox@cogburnlaw.com
jsc@cogburnlaw.com
***Counsel for Plaintiff***

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __15__ day of ____January____, 2019.

UNITED STATES MAGISTRATE JUDGE