# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. ROMEO., <br> Plaintiff(s), <br> v. <br><br> BANK OF AMERICA, *et al*., <br> Defendant(s). | Case No.: 2:18-cv-02353-RFB-NJK <br><br> **Order** <br><br> (Docket No. 16) |

Before the Court is Plaintiff and Defendant Transunion, LLC's notice of settlement. Docket No. 16. The Court **ORDERS** these parties to file a stipulation of dismissal no later than June 3, 2019.

IT IS SO ORDERED.

Dated: April 3, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1