# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. ROMEO,<br><br>　　Plaintiff(s),<br><br>v.<br><br><br>BANK OF AMERICA, *et al.*,<br><br>　　Defendant(s). | Case No.: 2:18-cv-02353-RFB-NJK<br><br>**Order**<br><br>(Docket No. 18) |

Before the Court is Plaintiff and Defendant Bank of America's notice of settlement. Docket No. 18. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 8, 2019.

IT IS SO ORDERED.

Dated: May 9, 2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1